**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:19-cv-22415-UU

CLAUDIO DUARTE,

    Plaintiff,

v.

BOOMTOWN ROI, LLC,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE UPON SETTLEMENT**

THIS CAUSE is before the Court upon the parties' Notice of Settlement (the "Notice"). D.E. 18. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On August 8, 2019, the parties filed the Notice, notifying the Court that the parties had reached a full settlement and would be filing dismissal documents within ten (10) days. D.E. 18. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of August, 2019.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record