# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:19-cv-22415-UU

CLAUDIO DUARTE, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.

BOOMTOWN ROI, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On August 8, 2019, upon the parties' Notice of Settlement (D.E. 18) advising that this case has been settled in full, the Court entered its Notice of Court Practices, which directed the parties to file their settlement papers no later than August 19, 2019. D.E. 19. The Court stated that failure to file the papers by that date would result in dismissal of the case. *Id*. As of the date of this order, the Parties have not filed their settlement documents. Neither have they moved for an additional extension. It is, therefore

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE for failure to abide by the Court's Order (D.E. 19). The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _20th_ day of August, 2019.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf